No. A–1096. Brown et al. v. Apodaca et al.; and

No. A–1097. Norvell, Attorney General of New Mexico v. Apodaca. Sup. Ct. N. M. Applications for stay having been filed on April 19, 1972, and responses thereto filed late yesterday afternoon, presented to Mr. Justice White, and by him referred to the Court, judgment of the Supreme Court of New Mexico entered on April 17, 1972, which among other things ordered exclusion from the ballot of candidates who have not paid the statutory filing fees, is hereby stayed until Tuesday, April 25, 1972, or further order of the Court.

No. A–1105. Fortson, Secretary of State of Georgia v. Millican. D. C. N. D. Ga. Application for stay presented to Mr. Justice Powell, and by him referred to the Court, granted. It is ordered that the order of the United States District Court for the Northern District of Georgia, of April 19, 1972, in Civil Action File No. 16401, be, and the same is hereby, stayed pending further order of this Court.

No. A–1106. Georgia et al. v. United States. D. C. N. D. Ga. Application for stay presented to Mr. Justice Powell, and by him referred to the Court, granted. It is ordered that the order of the United States District Court for the Northern District of Georgia, of April 19, 1972, in Civil Action File No. 16373, be, and the same is hereby, stayed pending further order of this Court. Mr. Justice Marshall is of the opinion that the application should be denied.